DISMISS; Opinion filed January 3, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01452-CV

## MARY LOUISE DIAMOND-ROSENFELD, Appellant

### V.

## THADDEUS S. SIMS, Appellee

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-2767-1**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Lang-Miers
Opinion By Chief Justice Wright

Before the Court is appellant's motion to dismiss the appeal. Appellant informs the Court that she no longer desires to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

CAROLYN WRIGHT
CHIEF JUSTICE

121452F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

MARY LOUISE DIAMOND-ROSENFELD,
Appellant

No. 05-12-01452-CV      V.

THADDEUS S. SIMS, Appellee

Appeal from the Probate Court No. 1 of Dallas County, Texas. (Tr.Ct.No. PR-11-2767-1).
Opinion delivered by Chief Justice Wright and Justices Francis and Lang-Miers, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Thaddeus S. Sims, recover his costs of the appeal from appellant, Mary Louise Diamond-Rosenfeld.

Judgment entered January 3, 2013.

_____

CAROLYN WRIGHT
CHIEF JUSTICE